# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-mj-718-GWF |
| Plaintiff, | Case No. 2:14-mj-380-GWF |
| vs. | **ORDER** |
| JEFFREY DODD, | |
| Defendant. | |

This matter is before the Court on the Stipulation to Continue Revocation Hearing and Join Cases (#38) filed June 13, 2014. The parties request the Court to consolidate 2:12-mj-718-GWF and 2:14-mj-380-NJK. While the Court is unable to consolidate the two cases, it will reassign case number 2:14-mj-380 to U.S. Magistrate Judge Foley. Accordingly,

**IT IS ORDERED** that case number 2:14-mj-380 is reassigned to the undersigned magistrate judge.

**IT IS FURTHER ORDERED** that the bench trial set for July 9, 2014 at 9:00 in case number 2:14-mj-380 will be vacated and rescheduled to a date and time scheduled at the revocation hearing set below.

**IT IS FURTHER ORDERED** that the revocation hearing currently scheduled before Magistrate Judge Foley on June 16, 2014 is rescheduled for hearing on **Friday, June 20, 2014 at 9:30 a.m.**

DATED this 16th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge